UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CYNTHIA YEAZEL, ) | CASE No.: 6:11-CV-1226-ORL-22DAB |
| PLAINTIFF, ) | |
| v. ) | |
| WALT DISNEY PARKS AND ) | |
| RESORTS U.S. INC., ) | |
| a Florida Corporation Cioroiratun. ) | |
| SERVICE TRADES COUNCIL ) | |
| UNION, LOCAL 737. ) | |
| DEFENDANTS. ) | |

EXHIBIT "A"

# Statement Form

Page _1_ of _1_

| Print Name: Wendi Harris | Date: 6/29/2010 |
|---|---|
| Current Street Address: On file with WDW | Perner#: 92126172 |
| Current City, State, & Zip code: | |
| Current Phone #: 407-828-4456 | |
| Position: Financial Analyst | Leader Name: Scott Shenefield |

On Thursday, June 24, 2010, A&A Associate, Melissa Harper, A&A Financial Analysts David Hill, Jacob Kuwik and I shopped Cynthia Yeazel at Chef Mickey's at Disney's Contemporary Resort. We arrived at the restaurant at 9:25 a.m. and departed at approximately 10:45 a.m.

Cynthia greeted us at our table at 9:35 a.m. Cynthia presented us our check at 9:55 a.m (check #2-351 for $115.96.) At 10:00 a.m., we asked for our check to be split into two parties of two. At 10:30, Harper gave Cynthia her American Express credit card for payment. At 10:45 she returned with the credit card and receipt. Harper paid $61.75 with her American Express credit card (check #2-364). Harper signed the receipt and left a $7.00 cash tip in the check holder. Hill left $72.00 in the check holder ($61.75 for the bill and a $10.25 cash tip, check #2-351.) We left the restaurant at 10:45 a.m.

Upon returning to the office, we reviewed the transactions in the Matra Back Office System. Our check for four adult breakfasts was rung into Matra at 9:53 a.m. (#2-351). At 10:00 a.m., the check was split and check #2-364 was created. Check #2-364 was finalized at 10:58 a.m. for $61.75 to American Express. Check #2-351 was finalized at 11:00 a.m. to 2 deluxe meal entitlements totaling $62.91 to Disney Dining Plan account 993940339621968601.

The potential loss to the Company for this activity is $62.91.

| Cast Member Signature: | Date: 6/29/2010 |
|---|---|
| Interviewer Signature: | Date: |
| Witness Signature: | Date: |

# Statement Form

Page 1 of 1

| Print Name: Melissa Harper | Date: 06/28/10 |
|---|---|
| Current Street Address: PO Box 10000 | Perner#: 31625 |
| Current City, State, & Zip code: Lake Buena Vista, FL 32830 | |
| Current Phone #: 407-828-4862 | |
| Position: Advisory & Assurance Associate | Leader Name: Sarah Rush |

On Thursday, June 24, 2010, Advisory & Assurance Analysts Wendi Harris, David Hill, Jacob Kuwik and I shopped Cynthia Yeazel at Chef Mickey's at Disney's Contemporary Resort. We arrived at the restaurant at 9:25 a.m. and departed at approximately 10:45 a.m.

Cynthia greeted us at our table at 9:35 a.m. Cynthia presented us our check at 9:55 a.m (check #2-351 for $115.96.) At 10:00 a.m., we asked for our check to be split into two parties of two. At 10:30, I gave Cynthia my American Express credit card for payment. At 10:45 she returned with my credit card and receipt. I paid $61.75 with my American Express credit card (check #2-364). I signed the receipt and left a $7.00 cash tip in the check holder. David left $72.00 in the check holder ($61.75 for the bill and a $10.25 cash tip, check #2-351.) We left the restaurant at 10:45 a.m.

Upon returning to the office, we reviewed the transactions in the Matra Back Office System. Our check for four adult breakfasts was rung into Matra at 9:53 a.m. (#2-351). At 10:00 a.m., the check was split and check #2-364 was created. Check #2-364 was finalized at 10:58 a.m. for $61.75 to American Express. Check #2-351 was finalized at 11:00 a.m. to 2 deluxe meal entitlements totaling $62.91 to Disney Dining Plan account 993940339621968601.

The potential loss to the Company for this activity is $62.91.

| Cast Member Signature: Melissa Harper | Date: 06/28/10 |
|---|---|
| Interviewer Signature: | Date: |
| Witness Signature: | Date: |

2

## Statement Form

Page _1_ of _1_

| | |
|---|---|
| Print Name: Jacob Kuwik | Date: 06/25/2010 |
| Current Street Address: on file with WDW | Perner#: 536782 |
| Current City, State, & Zip code: LBV, FL | |
| Current Phone #: 407-828-4456 | |
| Position: Financial Analyst | Leader Name: Scott Shenefield |

On Thursday, June 24, 2010, Financial Analysts David Hill, Melissa Harper, Wendi Harris, and I shopped Chef Mickey's at the Contemporary Resort.

We checked in for our meal at approximately 9:25 AM. We were seated and our server, Cynthia, arrived at approximately 9:30 AM. We had the breakfast buffet and drinks. Cynthia dropped off our bill to the table at approximately 9:55 AM. The next time Cynthia came by we asked that she split the checks with Harris and Hill on one check and Harper and I on the other. When Cynthia returned with the split checks, Melissa provided her AMEX for our purchase and provided $7.00 cash in tip. David paid $61.75 in cash for the other two meals and provided a $10.25 cash tip for a total of $72.00. Our group left at approximately 10:45 AM with the final receipts still on the table.

Upon returning to the office, Hill reviewed MATRA and noticed that the AMEX charge was rang accordingly. Hill's cash transaction was not paid out to cash and the check was instead paid for with a dinging plan account (Account: 993940339621968601).

Cast Member Signature: _[signature]_    Date: 6/25/10
Interviewer Signature:    Date:
Witness Signature:    Date:

3

Statement Form

Page 1 of 1

| Print Name: David S. Hill | Date: 06.25.2010 |
| Current Street Address: On File WDW | Perner #: 92043364 |
| Current City, State, & Zip code: | |
| Current Home Phone #: 407-828-4568 | Current Cell Phone #: |
| Position: Financial Analyst | Location: A&A Fraud Detection |

On June 24, 2010, Melissa Harper (A&A Associate), Wendi Harris (Financial Analyst), Jacob Kuwik (Financial Analyst), and I shopped at Chef Mickey's. Our server was Cynthia Yeazel. We all got there a little before 9:30 and departed a little after 10:45 am.

When we got to our table, Yeazel greeted us and told us about our breakfast and characters. Yeazel presented the check the first time at 9:55 am (check #2-351 for $115.96). I then asked her to split the check for two parties. She brought us our checks separated for the two parties shortly after that. Harper paid with her Amex card for $61.75 at 10:30. Yeazel returned the bill at 10:45 am. Harper left $7 cash tip and I left $72 cash for the other half of the check ($61.75 + $10.25 tip both cash). We left right after that.

When I got back to my desk I checked out MATRA and saw that Harper's check was rang up correctly, but the check I paid for was not tendered to cash. My check was tendered to a Disney Dining Plan that had also been previously used that morning. My check was closed to account # 993940339621968601 for $62.91.

The potential loss to the Company was $62.91.

_David S. Hill_
Cast Member Signature: David S. Hill

25 JUNE 2010
Date: 06.25.2010

