UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CYNTHIA YEAZEL, ) <br>     PLAINTIFF, ) <br> v. ) <br> WALT DISNEY PARKS AND ) <br> RESORTS U.S. INC., ) <br> a Florida Corporation Cioroiratun. ) <br> SERVICE TRADES COUNCIL ) <br> UNION, LOCAL 737. ) <br>     DEFENDANTS. ) | CASE No.: 6:11-CV-1226-ORL-22DAB |

EXHIBIT "B"

# Service Trades Council Union / Employee Grievance Report

Grievance # 1050622

**Affiliate:**
- [x] Local 737
- [ ] UH! Local 362
- [ ] IATSE Local 631
- [ ] UFCW Local 1625
- [ ] IBT Local 385
- [ ] TCU Local 1908

## EMPLOYEE INFORMATION

| Employee Name (Please Print) | Last: Yeazel | First: Cynthia | MI: | SS#: 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 |
|---|---|---|---|---|
| | | | | Perner: 92023783 |

| Job Title: Server | Work Location: CTR - Chef Mickeys | Work Status: [x] FULL TIME  [ ] CASUAL REGULAR |
|---|---|---|

| Grievance Type: [x] Termination  [ ] Reprimand  [ ] Class Action  [ ] Other | Date Grievance Occurred: 10-6-10 |
|---|---|

| Name of Immediate Manager: Greg | Phone Number: |
|---|---|

## STEP ONE

| | DATE | MANAGER NAME |
|---|---|---|
| Grievance Presented Verbally to Immediate Manager (Within 14 Calendar Days of Occurrence) | | |
| Manager's Response  [ ] Denied  [ ] Granted | | |

## STEP TWO: Grievance Reduced to Writing and Presented to Management / Labor Relations

| Date Grievance Presented to Management: | Manager Signature: |
|---|---|

Article(s) / Section(s) of the Contract Allegedly Violated: **Article 18 & all other applicable**

Description of How Above Article(s) / Section(s) was Allegedly Violated: **Unjust Termination**

P.O. Box 690794
Orlando, FL 32869
407-970-9359

Union Remedy Requested: **The Union request that Cynthia Yeazel be made whole including immediate recall.**

Signature of Shop Steward / Union Representative Submitting Form: *Tracy Penehouse*

Signature of Employee: *Cynthia Yeazel*

| Date of Step Two Meeting: | Management Response  [ ] Denied  [ ] Granted |
|---|---|
| Management Signature: | Date of Reply: |

## LABOR RELATIONS USE ONLY

| [ ] SAP | LR Manager Assigned: | LR Received Date |
|---|---|---|
| [ ] Record Card | Union Code: | |
| [ ] Cast View | Transaction Sequence Number: | |
| [ ] Hummingbird | Discipline Code: | |
| [ ] Statements | | |

Revised 4/15/09

# Service Trades Council Union / Employee Grievance Report
## Page 2

Employee Name: Cynthia Yeazel     Perner#: 9202 3783     Grievance #: 1050622

### STEP THREE: Grievance Presented to Labor Relations

Date of Step Three Meeting: 10/29/10

**PRESENT AT STEP THREE**

| LR Manager (s) | Union Representative (s) |
|---|---|
| Bob Good for Jude Bell | Tracy Penehouse |

Name of 3rd Step Decision Maker: Sonya Seese-Byrnes
Signature: [signed]
Date of Reply: 10/29/10

Company's Reply at Step Three: [X] Denied   [ ] Granted   [ ] Other

Comments:

### STEP FOUR: Joint Standing Committee (JSC)

Date of Step Four Meeting:

**PRESENT AT STEP FOUR**

| LR Manager (s) | Union Representative (s) |
|---|---|
|  |  |

| Company JSC Member's Name | Union JSC Member's Name |
|---|---|
| [ ] Denied  [ ] Granted  [ ] Other | [ ] Denied  [ ] Granted  [ ] Other |
| Signature / Date | Signature / Date |

Comments:

### STEP FIVE: Arbitration

Date of Arbitration Requested:

FMCS#:

Revised 4/15/09